

# ANYWHERE

The eToro investing platform and app
Access eToro with an easy-to-use web platform and intuitive mobile app

**Get Started**

Home / Trading / The eToro best trading platform and web app

Join eToro today and discover an array of
unique features, both on mobile and web:



## Multi-asset platform

Build a diversified portfolio with a mix of cryptocurrencies, stocks and ETFs. eToro
offers more than two dozen cryptocurrencies, including Bitcoin, Ethereum, and
Litecoin, plus stocks and ETFs from the biggest US listed companies and funds. And
now with eToro Options, you can explore more ways to invest.
Explore on the Trade Markets Page.





## Deposits,
## withdrawals and fees

Deposit and withdraw using wire, debit
card, or ACH bank transfers. We offer
low minimum deposits and competitive
spreads.

Read more on our Fees page.

**Get Started**



## Trading features

We want to open the market to everyone, with an easy-to-use, intuitive interface. To
help clients better manage their finances, we developed a few innovations



**VIRTUAL PORTFOLIOS**

Upon opening an account with eToro, each user receives a free $100,000 demo account. You can build, practice, and
experiment with a personal virtual portfolio.

## Social trading

We focus on social trading, harnessing the wisdom of the crowd for your benefit.



## CopyTrader™

CopyTrader enables you to replicate
other traders' actions in real time. To
encourage top traders to get copied,
we created the Popular Investor
program.

**Start Copying**





## Smart Portfolios

These are ready-made portfolios of digital
currencies. A Smart Portfolio operates
with a different methodology, is
rebalanced regularly, and is overseen by
eToro's Investment Team.

## Download Now!

Discover eToro's intuitive and
innovative trading app. Trade
anytime, anywhere, and alternate
between your laptop, tablet, or
mobile device with ease.





eToro (Europe) Ltd., a Financial Services Company authorised and regulated by the Cyprus Securities Exchange Commission (CySEC) under the license # 109/10.
eToro (UK) Ltd, a Financial Services Company authorised and regulated by the Financial Conduct Authority (FCA) under the license FRN 583263.
eToro AUS Capital Limited is authorised by the Australian Securities and Investments Commission (ASIC) to provide financial services under Australian Financial Services License 491139.
Copyright © 2006-2023 eToro – Your Social Investment Network, All Rights Reserved.