UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **INTERCURRENCY SOFTWARE LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ETORO GROUP LTD.,**<br><br>Defendant. | Case No. 2:24-cv-00116-JRG<br><br>Jury Trial Demanded |

**NOTICE OF WITHDRAWAL OF PROOF OF SERVICE**

Plaintiff Intercurrency Software LLC withdraws the proof of service filed at Docket 4, and respectfully submits that it should not be deemed as service of process on Defendant eToro Group Ltd.. A Waiver of the Service of Summons is being filed concurrently with an effective service date of February 28, 2024. Pursuant to Fed. R. Civ. P. 4(d)(3), a responsive pleading from Defendant eToro Group Ltd., a company based outside the United States, will be due on May 28, 2024.

Respectfully Submitted

/s/ Christopher A. Honea
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEY FOR PLAINTIFF**