UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **INTERCURRENCY SOFTWARE LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **ETORO GROUP LTD.,** <br><br> Defendant. | Case No. 2:24-cv-00116-JRG <br><br> Jury Trial Demanded |

## MOTION TO WITHDRAW PROOF OF SERVICE

Plaintiff Intercurrency Software LLC respectfully submits this Motion to Withdraw the proof of service filed at Docket 4, and respectfully submits that it should not be deemed as service of process on Defendant eToro Group Ltd.

A Waiver of the Service of Summons was concurrently filed at Docket No. 7 with an effective service date of February 28, 2024. Pursuant to Fed. R. Civ. P. 4(d)(3), a responsive pleading from Defendant eToro Group Ltd., a company based outside the United States, will be due on May 28, 2024.

Respectfully Submitted,

/s/ Christopher A. Honea
Christopher A. Honea
   Texas Bar No. 24059967
   chonea@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

The undersigned attorney represents and confirms that a conference was conducted with opposing counsel prior to filing this Motion, and counsel is unopposed to the relief requested herein.

*/s/ Christopher A. Honea*
Christopher A. Honea

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 27, 2024.

*/s/ Christopher A. Honea*
Christopher A. Honea