UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **INTERCURRENCY SOFTWARE LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**ETORO GROUP LTD.,**<br><br>Defendant. | Case No. 2:24-cv-00116-JRG<br><br>Jury Trial Demanded |

**ORDER GRANTING MOTION TO WITHDRAW PROOF OF SERVICE**

The Court, having considered Plaintiff Intercurrency Software LLC's Motion to Withdraw the Proof of Service, and Plaintiff having contemporaneously filed a Waiver of Service, is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.